

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00634-CR

Steven **VELASCO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4702
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant Steven Velasco was convicted on July 30, 2013 for possession of a controlled substance, less than one gram. Appellant's sentence was suspended. On June 16, 2014, the trial court modified the terms of Appellant's probation. Appellant now appeals from the trial court's order modifying the conditions of his probation.

Modification of probation is not appealable at the time of modification. A defendant may appeal the judgment when he is placed on probation. TEX. CODE CRIM. PROC. ANN. art. 42.12 (23)(b)(Vernon 2006). He may also appeal revocation when he is notified of the decision to revoke and "is called on" to serve a sentence in jail or the Texas Department of Criminal Justice. *Id.* Those are the two opportunities permitting an appeal in a case involving probation. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

Appellant is hereby ORDERED to show cause in writing no later than **October 30, 2014** why this appeal should not be dismissed for want of jurisdiction.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court